# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MARYLAND
# GREENBELT DIVISION

**In re:**

**PLAYSE COURTNEY GLASS,**                    Case No. 15-15602-WIL

    **DEBTOR.**

## NOTICE OF APPEARANCE

The undersigned hereby appears in these Chapter 13 Bankruptcy Proceedings as Counsel for Wells Fargo Bank, N.A., and requests that Samuel I. White, P.C. be placed upon the mailing list of those Creditors, parties in interest and Counsel who receive all Notices in these proceedings.

                              Respectfully submitted,

                              **SAMUEL I. WHITE, P.C.**

By: **/s/KIMBERLY B. LANE**
Randa S. Azzam, Esquire, Bar No. 22474
John E. Driscoll, Esquire, Bar No. 17161
Robert A. Jones, Esquire, Bar No.18707
Kimberly B. Lane, Esquire, Bar No. 18513
Daniel J. Pesachowitz, Esquire, Bar No. 14906
Deena Reynolds, Esquire, Bar No. 11414
Douglas S. Rubin, Esquire, Bar No. 18644
Samuel I. White, P. C.
611 Rockville Pike
Suite 100
Rockville, MD 20852
Tel: (301) 804-3400
Fax: (301) 838-1954
kbritt@siwpc.com

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was served by regular mail or email this 8th day of May, 2015 on all necessary parties including Timothy P. Branigan, Trustee, P.O. Box 1902, Laurel, MD 20725-1902; Heather L. Gomes, Counsel for Debtor, 8737 Colesville Road, Suite 308, Silver Spring, MD 20910 and Playse Courtney Glass, Debtor, 14215 Water Fowl Way, Upper Marlboro, MD 20774.

                                                 **/s/KIMBERLY B. LANE**
                                                 Kimberly B. Lane, Esquire
                                                 Samuel I. White, P. C.