UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | |
|---|---|
| **In re Plasye Courtney Glass**<br><br>    **Debtor** | **Case No.: 15-15602**<br><br>**Chapter 13** |
| **Plasye Courtney Glass**<br><br>    **Movant**<br><br>vs.<br><br>**Navy Federal Credit Union**<br><br>    **Respondent** | |

## LINE

Please withdraw Motion to Value Collateral and to Avoid Security Interest, Docket No. 22, filed by Debtor on June 23, 2015.

Date: July 14, 2015

/s/ Heather L. Gomes
Heather L. Gomes
Federal Bar # 27795
The Law Office of Heather L. Gomes, LLC
8737 Colesville Rd., Suite 308
Silver Spring, MD 20910
T: (301) 273-8045
F: (301) 298-1409
heather@hgomeslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the Line withdrawing the Motion to Value Collateral and to Avoid Security Interest was served electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court, and/or by first-class mail, postage pre-paid on July 14, 2015 to:

Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA 22119

The Fisher Law Group, PLLC
9440 Pennsylvania Ave. #350
Upper Marlboro, MD 20772
*Counsel for Respondent*

Timothy P. Branigan
Chapter 13 Trustee
P.O. Box 1902
Laurel, MD 20725-1902

/s/ Heather L. Gomes
Heather L. Gomes
Federal Bar # 27795
The Law Office of Heather L. Gomes, LLC
8737 Colesville Rd., Suite 308
Silver Spring, MD 20910
T: (301) 273-8045
F: (301) 298-1409
heather@hgomeslaw.com